IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. D-1-GN-20-003532

   | | |
   |---|---|
   | Kenneth Barth | In the District Court |
   | Plaintiff, | |
   | v. | 98th Judicial District |
   | Levadata, Inc. | Travis County, Texas |
   | Defendant | |

2. Was jury demand made in State Court?   Yes [x]   No [ ]

   If yes, by which party and on what date?

   Plaintiff                                               7/8/2020
   Party Name                                              Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Kenneth Barth (Plaintiff)
   Jackson Spencer Law PLLC
   Jennifer J. Spencer, James E. Hunnicutt and Dimple A. Baca
   12221 Merit Drive, Suite 160, Dallas, TX 75251
   PH: (972)458-5301

   Levadata, Inc. (Defendant)
   JACKSON LEWIS P.C.
   Kristin Bauer and Julie Tower
   500 N. Akard Street, Suite 2500
   Dallas, Texas 75201
   PH: (214)520-2400
   FX: (214)520-2008

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**VERIFICATION:**

/s/Kristin L. Bauer                                                            September 4, 2020
Attorney for Removing Party                                          Date

Levadata, Inc.
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)